UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| PAULA ALLISON PETERS | ) | CASE: A25-58763-a998 |
| | ) | |
| | ) | |
| **DEBTOR** | ) | |

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The Meeting of Creditors was conducted virtually in this case. Without in-person contact, the Chapter 13 Trustee has requested that the Debtor complete and file a completed and signed Debtor Questionnaire on the docket prior to the Meeting of Creditors. The Debtor has failed to file the questionnaire. The Chapter 13 Trustee requests that the Debtor immediately file with the Bankruptcy Court a completed and signed questionnaire. A copy of this form can be found on the Trustee's website www.njwtrustee.com

2.

The plan as proposed will extend to one hundred fifty two (152) months, which exceeds the sixty (60) months allowed by 11 U.S.C. Section 1322(d).

3.

The Chapter 13 Trustee is unable to determine the feasibility of the Debtor's Chapter 13 plan because Internal Revenue Service records indicate tax returns have not been filed for the period(s) ending December 31, 2021 through December 31, 2024. The failure to file tax returns for the four (4) year period prior to the filing of the bankruptcy case is in violation of 11 U.S.C. Section 1308.

4.

The Debtor's Schedule I reflects a contribution from her daughter of $7500.00 per month. The Trustee requests documentation regarding this contribution, including, but not limited to, a notarized affidavit executed by the contributor which states the date the contribution began and how long it is expected to continue. If the contribution is from rental income, the Trustee requests documentation such as a copy of the written lease or a notarized affidavit from the lessee. 11 U.S.C. Section 1325(a)(6).

5.

The Chapter 13 Trustee requests proof of the post-petition mortgage payments of $1200.00 per month, in order to determine feasibility of proposed plan pursuant to 11 U.S.C. 1325(a)(6).

6.

The Chapter 13 Trustee requests proof of the post-petition homeowner's association payments of $67.00 pe month, in order to determine feasibility of proposed plan pursuant to 11 U.S.C. 1325(a)(6).

7.

The Chapter 13 Schedules fail to include and notice a debt owed to U.S. Department of Housing and Urban Development for a mortgage, in violation of Bankruptcy Rule 1007(a)(1), 11 U.S.C. Section 1325(a)(3) and 11 U.S.C. Section 342.

8.

Due to a change in circumstances since filing, Schedules I and J do not correctly reflect the Debtor's current financial situation, thereby preventing the Trustee from evaluating feasibility. 11 U.S.C. Section 1325(a)(6). Specifically, the Debtor's monthly mortgage payment has changed to $1700.00.

9.

The plan fails to treat U.S. Department of Housing and Urban Development and the priority debt of Internal Revenue Service, in violation of 11 U.S.C. Section 1322(a) and/or 11 U.S.C. Section 502(a).

      WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

This the 15th day of September, 2025.

                                                Respectfully submitted,

/s/_____
Lisa B. Burnette
Attorney for the Chapter 13 Trustee
State Bar No. 096192

# CERTIFICATE OF SERVICE

Case No:  A25-58763-a998

I certify that on this day I caused a copy of this Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s)**

PAULA ALLISON PETERS
7478 CRESCENT BEND COVE
STONE MOUNTAIN, GA  30087

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

KING & KING LAW LLC

This the 15th day of September, 2025.

/s/_____
Lisa B. Burnette
Attorney for the Chapter 13 Trustee
State Bar No. 096192
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201