UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    CHAPTER 13
Paula Allison Peters,
                                          CASE NO. 25-58763
         Debtor.

**DEBTOR'S AMENDMENT TO CHAPTER 13 SCHEDULES**

COMES NOW Debtor, and amends the Chapter 13 Schedules to provide the following:

1.

Debtor amends Schedule D of this Chapter 13 case, as attached, to add the following creditors:

U.S Department of Housing and Urban Deve

200 N Classen Blvd. Suite 3200

Oklahoma City OK 73106-0000

2.

Debtor amends Summary of Schedules of this Chapter 13 case, as attached, to reflect amended schedules.

WHEREFORE, Debtor prays that this Amendment be allowed, and for such other and further relief as the Court deems appropriate and just.

**Fill in this information to identify your case:**

Debtor 1: Paula Allison Peters
_First Name_  _Middle Name_  _Last Name_

Debtor 2: 
(Spouse if, filing)   _First Name_  _Middle Name_  _Last Name_

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): 25-58763

☐ Check if this is an amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| **2.1** PNC MORTGAGE<br>_Creditor's Name_<br><br>**Describe the property that secures the claim:**<br>7478 Crescent Bend Cove Stone Mountain, GA 30087  DeKalb County Co-owner Leslie Peters, debtor's daughter | $146,711.00 | $335,400.00 | $0.00 |

PO BOX 8703
DAYTON, OH 45401
_Number, Street, City, State & Zip Code_

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** Opened 11/21/2008 Last Active 8/5/2020

**Last 4 digits of account number** _____

---

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

Debtor 1   Paula Allison Peters                                              Case number (if known)   25-58763
       First Name    Middle Name    Last Name

| 2.2 | U.S Department of Housing and Urban Deve | Describe the property that secures the claim: | $63,917.98 | $0.00 | $63,917.98 |
|---|---|---|---|---|---|
| | Creditor's Name | 7478 Crescent Bend Cove Stone Mountain, GA 30087 | | | |

200 N Classen Blvd. Suite 3200
Oklahoma City, OK 73106
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.3 | Water's Edge Homeowners Association, Inc | Describe the property that secures the claim: | $8,000.00 | $335,400.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 7478 Crescent Bend Cove Stone Mountain, GA 30087  DeKalb County Co-owner Leslie Peters, debtor's daughter | | | |

c/o Winter Capriola Zenner, LLC
3490 Piedmont Road, NE Suite 800
Atlanta, GA 30309
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $218,628.98 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $218,628.98 |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Paula | Allison | Peters |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): 25-58763

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................ $ 167,700.00
   1b. Copy line 62, Total personal property, from Schedule A/B................................................. $ 20,560.00
   1c. Copy line 63, Total of all property on Schedule A/B.......................................................... $ 188,260.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*    $ 218,628.98

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................    $ 0.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............    $ 7,148.00

   **Your total liabilities** $ 225,776.98

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................    $ 8,982.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.......................................................    $ 8,262.00

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. **What kind of debt do you have?**
   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Debtor 1    Paula Allison Peters                             Case number *(if known)*   25-58763

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ 7,500.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Respectfully submitted,
KING & KING LAW LLC

 /s/
Maiwand Jalalzai
Attorney for Debtor
GA Bar No. 893631
215 Pryor Street
Atlanta, GA 30303
(404)524-6400
notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  
Paula Allison Peters,

Debtor.

CHAPTER 13

CASE NO. 25-58763

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

*Paula Peters*
_____
Paula Allison Peters

10 / 17 / 2025
_____
Date

Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§152 and 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  
Paula Allison Peters,

      Debtor.

CHAPTER 13

CASE NO. 25-58763

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of October, 2025, I electronically filed the foregoing Amendments to Chapter 7 Schedules using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Nancy J. Whaley  
303 Peachtree Center Av, Truist Garden Offices, Suite 120  
Atlanta, GA 30303; Via E-notice ecf@njwtrustee.com

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each.

Paula Allison Peters  
7478 Crescent Bend Cove  
Stone Mountain, GA 30087

Dated: 10/23/2025

                                        By: /s/  
                                        Maiwand Jalalzai  
                                        Georgia Bar Number 893631  
                                        215 Pryor Street  
                                        Atlanta, GA 30303  
                                        (404) 524-6400  
                                        notices@kingkingllc.com  
                                        **Attorney for Debtor**

## Supplemental Matrix

U.S Department of Housing and Urban Deve
200 N Classen Blvd. Suite 3200
Oklahoma City OK 73106-0000

# CERTIFICATE *of* SIGNATURE

**REF. NUMBER**
2J6ZN-AUAYR-RVQSQ-CG3WA

**DOCUMENT COMPLETED BY ALL PARTIES ON**
17 OCT 2025 19:14:03
UTC

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **PAULA PETERS** <br> EMAIL <br> LDENISEPETERS@GMAIL.COM | SENT <br> 15 OCT 2025 14:55:45 <br> VIEWED <br> 16 OCT 2025 12:18:20 <br> SIGNED <br> 17 OCT 2025 19:14:03 | *Paula Peters* <br><br> IP ADDRESS <br> 108.86.201.16 <br> LOCATION <br> STONE MOUNTAIN, UNITED STATES |

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
16 OCT 2025 12:18:20



Signed with PandaDoc

PAGE 1 OF 1